

| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF CALIFORNIA | PRO HAC VICE APPLICATION,<br>ECF REGISTRATION AND CONSENT<br>TO ELECTRONIC SERVICE,<br>PROPOSED ORDER |
|---|---|

STEPHANIE CHAVEZ, individually, and on behalf of other members of the general public similarly situated,

Plaintiff

v.

RSCR CALIFORNIA, INC., d/b/a RESCARE, INC., a Delaware corporation; and DOES 1 through 100, inclusive,

Defendants.

CASE NO.: 2:19-cv-00221-JAM-CKD

FILED

APR - 5 2019

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

I, Ronald G. Polly, Jr., attorney for Defendant RSCR California, Inc., hereby petition for admission to practice Pro Hac Vice under the provision of Local Rule 180(b)(2). I understand and consent to ECF Registration and Electronic Service as detailed below and I have submitted payment in the amount of $225.00 to the Clerk, U.S. District Court.

In support of this petition, I state under penalty of perjury that:

My business address is:

| Firm Name: | Hawkins Parnell & Young LLP |
|---|---|
| Address: | 303 Peachtree Street, N.E. |
| | Suite 4000 |
| City: | Atlanta |
| State: | Georgia         ZIP Code: 30308 |
| Voice Phone: | (404) 614-7400 |
| FAX Phone: | (404) 614-7500 |
| Internet E-Mail: | rpolly@hpylaw.com |
| Additional E-Mail: | cfrancis@hpylaw.com; ckurke@hpylaw.com; dseabrook-garcia@hpylaw.com |
| I reside in City: | Atlanta |

I was admitted to practice in the United States District Court for the Northern District of Georgia on January 13, 1992. I am presently in good standing and eligible to practice in said court. A certificate of good standing from the court in my state of primary practice is attached to this application. I am not currently suspended or disbarred in any other court.

I have ☒ / have not ☐ concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

| CASE NAME | CASE NUMBER | APPLICATION DATE | GRANTED/ DENIED |
|---|---|---|---|
| Stephanie Chavez v. RSCR California, Inc., d/b/a ResCare, Inc. | 2:18-cv-03137-JAM-AC | 01/17/2019 | Granted |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the court's ECF system:

| | |
|---|---|
| Name | Phil J. Montoya, Jr. |
| Firm Name: | Hawkins Parnell & Young LLP 445 S. |
| Address: | Figueroa Street |
| | Suite 3200 |
| City: | Los Angeles |
| State | CA   ZIP Code: 90071 |
| Voice Phone: | (213) 486-8000 |
| FAX Phone: | (213) 486-8080 |
| E-Mail: | pmontoya@hpylaw.com |

Dated: 4/2/19     Petitioner: _[signature]_

**ORDER**

IT IS SO ORDERED.

Dated: 4-5-2019

_____
JUDGE, U.S. DISTRICT COURT