1  DOUGLAS HAN (SBN 232858)
   dhan@justicelawcorp.com
2  SHUNT TATAVOS-GHARAJEH (SBN 272164)
   statavos@justicelawcorp.com
3  **JUSTICE LAW CORPORATION**
4  751 N. Fair Oaks Avenue, Suite 101
   Pasadena, California 91103
5  Telephone: (818) 230-7502
   Facsimile: (818) 230-7259
6
7  *Attorneys for* Plaintiff

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| STEPHANIE CHAVEZ, individually, and on behalf of aggrieved employees pursuant to the Private Attorneys General Act (PAGA); <br><br> Plaintiff, <br><br> v. <br><br> RSCR CALIFORNIA, INC. d/b/a RESCARE, INC. a Delaware corporation; and DOES 1 through 100, inclusive; <br><br> Defendants. | Case No.: 2:19-CV-00221-JAM-CKD <br><br> Assigned For All Purposes to: <br> Honorable John A. Mendez <br><br> **STIPULATION AND ORDER OF DISMISSAL** <br><br> Complaint Filed: January 11, 2019 <br> Case Removed: February 5, 2019 <br> Trial Date: None Set |

_____
STIPULATION OF DISMISSAL

| | |
|---|---|
| 1 | **IT IS HEREBY STIPULATION AND AGREED**, by and between the Parties to this |
| 2 | action, acting through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) |
| 3 | hereby stipulate, in consideration of a negotiated settlement executed by them, to the Dismissal |
| 4 | With Prejudice of Plaintiff's individual claims (including any individual claims as an alleged |
| 5 | aggrieved employee) and Dismissal Without Prejudice of other aggrieved employees' claims (if |
| 6 | any), with each party to bear its own attorney's fees and costs. |

DATED: April 30, 2019          By: /s/   Matthew A. Boyd
                                        Ronald G. Polly Jr.
                                        Matthew A. Boyd
                                        **HAWKINS PARNELL & YOUNG, LLP**
                                        303 Peachtree Street, NE Suite 4000
                                        Atlanta, Georgia 30308
                                        Telephone: (404) 614-7400
                                         Facsimile: (404) 614-7500
                                        *Attorneys for* Defendants

DATED: April 30, 2019          By: /s/   Shunt Tatavos-Gharajeh
                                         Shunt Tatavos-Gharajeh
                                         **JUSTICE LAW CORPORATION**
                                         751 N. Fair Oaks Avenue, Suite 101
                                         Pasadena, California 91103
                                         Telephone: (818) 230-7502
                                         Facsimile: (818) 230-7259
                                         A*ttorneys for* Plaintiff

---

## **ORDER OF DISMISSAL**

The stipulation is approved. Plaintiff's individual claims (including claims as an alleged aggrieved employee) are dismissed with prejudice, and any other aggrieved employees' claims are dismissed without prejudice. The entire action is hereby dismissed. Each party shall bear its own attorney's fees and costs.

DATED: May 2, 2019

/s/ John A. Mendez
JOHN A. MENDEZ
UNITED STATE DISTRICT COURT JUDGE